

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 9, 2026

Via ECF
Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**APPLICATION GRANTED**
**SO ORDERED**

4/9/26   ~~John G. Koeltl, U.S.D.J.~~

Re:   *Center for Constitutional Rights v. U.S. Dept. of Justice et al.*, No. 26 Civ. 1821 (JGK)

Dear Judge Koeltl:

This Office represents the 29 federal agencies and/or components of agencies named as Defendants (collectively, the "Government") in the above-referenced action brought by the Center for Constitutional Rights ("Plaintiff") brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq*, and the Privacy Act of 1974, 5 U.S.C. § 552a, *et seq.* I write respectfully to request a two-week extension of time, from April 10, 2026 to April 24, 2026, for the Government to respond to the complaint.

The Government makes this request to provide the undersigned additional time to consult with the agencies and/or components regarding the status of Plaintiff's FOIA requests and to provide the parties with time to meet and confer regarding the same. This is the Government's first request for an extension of its deadline to respond to the Complaint. Plaintiff consents to this request.

We thank the Court for its consideration of these requests.

Respectfully,

JAY CLAYTON
United States Attorney

By:   */s/ Kamika S. Shaw*
DOMINIKA TARCZYNSKA
KAMIKA S. SHAW
Assistant United States Attorneys
Tel.: (212) 637-2748 / 2768

cc: Plaintiffs' Counsel (By ECF)