UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────

CENTER FOR CONSTITUTIONAL RIGHTS
                  Plaintiff,          26-cv-1821 (JGK)

      - against -           ORDER

UNITED STATES DEPARTMENT OF
JUSTICE, ET AL.,
                Defendants.
─────────────────────────────────────────

JOHN G. KOELTL, District Judge:

    As discussed during today's telephone conference, the defendants may proceed with a motion to dismiss by **June 26, 2026.** Any response to the motion to dismiss is due **July 24, 2026.** The reply is due **August 31, 2026.**

    The parties should have a meet-and-confer no later than **May 22, 2026.** Following the meet-and-confer, the parties should file a joint letter reporting the status of the case.

SO ORDERED.
Dated:    New York, New York
         May 6, 2026

                             John G. Koeltl
                    United States District Judge