**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 20, 2026

Via ECF
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Application granted. The parties should provide a status report by 8/3/26. The initial conference is canceled.

Re: *Center for Constitutional Rights v. U.S. Dept. of Justice et al.*, No. 26 Civ. 1821 (JGK)

SO ORDERED. JGK U.S.D.J. 7/21/26

Dear Judge Koeltl:

This Office represents the 30 federal agencies and components named as defendants (collectively, the "Government") in the above-referenced action brought by the Center for Constitutional Rights ("Plaintiff") pursuant to the Freedom of Information Act, 5 U.S.C. § 552, *et seq.* We write jointly on behalf of the parties in accordance with the Court's June 23, 2026, Order, ECF No. 107, to provide the Court with an update on the status of the parties' negotiations. The Parties have not yet reached an agreement but continue to make progress in their discussions regarding a possible resolution of this matter. In light of the undersigned's ongoing consultation with some of the 30 federal agencies and components named as defendants, the parties need additional time to continue these negotiations. Accordingly, the parties propose updating the Court by August 3, 2026, as to whether they have reached an agreement.

The parties also respectfully request an adjournment of the initial conference *sine die* while the parties continue to engage in settlement discussion.

We thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ *Dominika Tarczynska*
DOMINIKA TARCZYNSKA
KAMIKA S. SHAW
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2748/2768
Email(s): dominika.tarczynska@usdoj.gov
kamika.shaw@usdoj.gov

cc: Counsel of record (via ECF)